AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Thomas Pham LeGro<br>DOB: XXXXXX<br><br>*Defendant(s)* | Case: 1:25-mj-00112<br>Assigned To: Judge Upadhyaya, Moxila A.<br>Assign. Date: 6/26/2025<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 26, 2025__ in the District of __Columbia__, the defendant(s) violated:

*Code Section*                                                    *Offense Description*

18 U.S.C. § 2252(a)(4)(B) (Possession of Child Pornography).

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Remy Walsh, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 06/26/2025

*Judge's signature*

City and state:    Washington, D.C.        Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*