# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 25-MJ-112 (MAU)** |
| | : | |
| v. | : | |
| | : | |
| **THOMAS LEGRO** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## JOINT MOTION TO VACATE HEARING AND EXCLUDE TIME

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, by and through his attorney, Tezira Abe, respectfully move this Court to vacate the ascertainment of counsel hearing scheduled for July 11, 2025. The case has recently been indicted and the parties plan to address this issue at the arraignment. The parties agree to exclude time until the date of the arraignment and submit that the interests and ends of justice are best served and outweigh the interests of the public and the defendant in a speedy trial, and that this adjournment will allow the government and the defense adequate time to provide or review discovery and for the parties to commence plea negotiations.

Wherefore, the parties respectfully request that the Court vacate the ascertainment of counsel hearing and that time be excluded between July 11, 2025, and the date of the arraignment.

1

          Respectfully submitted,

          JEANINE PIRRO
          UNITED STATES ATTORNEY


          By:     */s/ Caroline Burrell*
          Caroline Burrell
          Assistant United States Attorney
          601 D. St N.W.
          Washington, D.C. 20530
          (202) 252-6950
          caroline.burrell@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 25-MJ-112** |
| v. | : | |
| | : | |
| **THOMAS LEGRO** | : | |
| | : | |
| **Defendant.** | : | |

## PROPOSED ORDER

Based upon the representations in the parties' Joint Motion to Vacate Hearing and Exclude Time, and for good cause shown, it is hereby

**ORDERED** that the motion is granted; it is further

**ORDERED** that the ascertainment of counsel hearing scheduled for July 11, 2025, is vacated; it is further

**ORDERED** that the time between July 11, 2025, and the date of the arraignment be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties time to negotiate a potential pretrial resolution and produce discovery.

SO ORDERED this _____ day of _____, 2025

_____
THE HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE