**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| v. : | 25-MJ-112 |
| **THOMAS PHAM LEGRO** : | |

### UNOPPOSED MOTION TO VACATE HEARING FOR ASCERTAINMENT OF COUNSEL

Thomas Pham LeGro, through undersigned counsel, respectfully requests this Honorable Court vacate the hearing for ascertainment of counsel currently scheduled for July 11, 2025. In support Mr. LeGro offers that undersigned counsel met with Mr. LeGro this week, and based on that meeting, a hearing on ascertainment of counsel is no longer necessary at this time. Should the Court grant this unopposed motion, the parties will confer and contact the Court to schedule Mr. LeGro's arraignment. The parties agree to exclude time until the date of the arraignment and submit that the interests and ends of justice are best served and outweigh the interests of the public and the defendant in a speedy trial, and that this adjournment will allow the government and the defense adequate time to provide or review discovery and for the parties to commence plea negotiations.

Should the Court wish to proceed with a hearing on ascertainment of counsel, Mr. LeGro, asks the Court to continue the July 11, 2025, hearing for one week because undersigned counsel is out of office until July 14, 2025.

The government does not oppose this motion. Mr. LeGro, therefore, respectfully requests that the Court vacate the ascertainment of counsel hearing and that time be excluded between July 11, 2025, and the date of the arraignment.

        Respectfully Submitted,

        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER

        _____/s/_____
        Tezira Abe
        Assistant Federal Public Defender
        625 Indiana Ave., N.W.
        Washington, D.C.  20004
        (202) 208-7500

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | 25-MJ-112 |
| **THOMAS PHAM LEGRO** | : | |

## **ORDER**

Upon consideration of Mr. LeGro's motion to vacate, it is hereby

    ORDERED that the motion is granted.

SIGNED AND ENTERED this \_\_\_\_\_ day of _____ 2025.

_____
THE HONORABLE G. MICHAEL HARVEY
U.S. Magistrate Judge