UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | 25-MJ-112 |
| **THOMAS PHAM LEGRO** | : | |

## **ORDER**

Upon consideration of Mr. LeGro's motion to vacate, it is hereby

    ORDERED that the motion is granted.

SIGNED AND ENTERED this \_\_\_\_\_ day of _____ 2025.

 

_____
THE HONORABLE G. MICHAEL HARVEY
U.S. Magistrate Judge